IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAD DOGG ATHLETICS, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00382 |
| PELOTON INTERACTIVE, INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff Mad Dogg Athletics, Inc. hereby submits this Notice of Readiness for Scheduling Conference and shows the Court as follows:

1. The following motions are pending:

   a. Dkt. 27 – Defendant Peloton Interactive, Inc.'s Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6)

   b. Dkt. 29 – Joint Motion to Extend Briefing Schedule on Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6)

2. The patents-in-suit are United States Patent Nos. 9,694,240 and 10,137,328.

3. There are no related cases previously filed in the Eastern District of Texas involving the same patents.

Dated: March 1, 2021                    Respectfully submitted,

                                            CAPSHAW DERIEUX, LLP

                                            */s/ Elizabeth L. DeRieux*
                                            Elizabeth L. DeRieux
                                            Texas State Bar No. 05770585
                                            114 East Commerce Avenue
                                            Gladewater, Texas 75647
                                            (903) 845-5770
                                            ederieux@capshawlaw.com

                                            *Attorneys for Plaintiff*
                                            *Mad Dogg Athletics, Inc.*

OF COUNSEL:
David I. Gindler
Lauren Drake
J. Samuel Payne
David C. Jonas
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
(424) 386-4000

Javier J. Ramos
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006
(202) 835-7500

Jordan Fernandes
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000

Paul L. Robinson
Law Office of Paul L. Robinson, Esq. LLC
500 Paterson Plank Road
Union City, NJ 07087
(954) 292-0945