**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MAD DOGG ATHLETICS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00382-JRG |
| | § | |
| PELOTON INTERACTIVE, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Don Tiller as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. Mr. Tiller's contact information is as follows:

> Don Tiller
> D. Tiller Law PLLC
> 2501 Parkview Drive, Suite 312
> Fort Worth, TX 76102
> www.dtillerlawpllc.com
> office: 817-928-4361
> mobile: 817-875-7052
> don.tiller@dtillerlawpllc.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to don.tiller@dtillerlawpllc.com. If the document was filed with the Court, the copy must include the CM/ECF header.

So ORDERED and SIGNED this 18th day of May, 2021.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE