# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MAD DOGG ATHLETICS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00382-JRG |
| | § | |
| PELOTON INTERACTIVE, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Peloton Interactive, Inc.'s ("Defendant") Unopposed Motion for Leave to Amend its Invalidity Contentions (the "Motion"). (Dkt. No. 73). Having considered the Motion, and noting it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendant has leave to amend its invalidity contentions as stated in the Motion.

**So ORDERED and SIGNED this 9th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE