IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAD DOGG ATHLETICS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00382-JRG |
| | § | |
| PELOTON INTERACTIVE, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The Court previously appointed Mr. Donald E. Tiller as the Court's technical advisor in the above-captioned matter, with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. (Dkt. No. 62). The Court is now in receipt of Mr. Tiller's invoice for services through July 23, 2021 in the amount of **$24,430.00**. It is hereby **ORDERED** that the parties shall promptly pay Mr. Tiller within **thirty (30) days** of this Order as follows:

| | |
|---|---|
| Plaintiff: | $12,215.00 |
| Defendant: | $12,215.00 |
| TOTAL: | $24,430.00 |

**So ORDERED and SIGNED this 28th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE