IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAD DOGG ATHLETICS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 2:20-cv-00382-JRG |
| | ) |
| PELOTON INTERACTIVE, INC. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's First Amended Docket Control Order (Dkt. 77), Plaintiff Mad Dogg Athletics, Inc. and Defendant Peloton Interactive, Inc. notify the Court that the parties agree that they may benefit from mediation. The parties have agreed on the following mediator:

Hon. Jay C. Gandhi (Ret.)
JAMS Neutral
555 W. 5th Street, 32nd Floor, Los Angeles, CA 90013
Tel.: 213-620-1133
Fax: 213-620-0100

A mediation has been scheduled with Judge Gandhi for October 14, 2021.

1

Dated: August 11, 2021                                CAPSHAW DERIEUX, LLP

                                                      */s/ Elizabeth L. DeRieux*
                                                      Elizabeth L. DeRieux
                                                      Texas State Bar No. 05770585
                                                      114 East Commerce Avenue
                                                      Gladewater, Texas 75647
                                                      (903) 845-5770
                                                      ederieux@capshawlaw.com

                                                      *Attorneys for Plaintiff*
                                                      *Mad Dogg Athletics, Inc.*

OF COUNSEL:
David I. Gindler
Alex G. Romain
J. Samuel Payne
David C. Jonas
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
(424) 386-4000

Javier J. Ramos
Emily Glaser
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006
(202) 835-7500

Nathaniel T. Browand
Katrina Loyer
MILBANK LLP
55 Hudson Yards
New York, NY
10001-2163
(212) 530-5000

Paul L. Robinson
Law Office of Paul L. Robinson, Esq. LLC
500 Paterson Plank Road
Union City, NJ 07087
(954) 292-0945

*/s/ Steven N. Feldman*
Melissa R. Smith
TX State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Steven N. Feldman
New York Bar No. 4775052
Benjamin Zachary Bistricer
New York Bar No. 5590922
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: steven.feldman@lw.com

Douglas E. Lumish
California Bar No. 183863
Gabriel S. Gross
California Bar No. 254672
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
Email: gabe.gross@lw.com

Lawrence J. Gotts
Sarah M. Gragert
Ethan Lawrence Plail
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2384
Facsimile: (202) 637-2201
Email: lawrence.gotts@lw.com
Email: sarah.gragert@lw.com
Email: ethan.plail@lw.com

David K. Callahan
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7694
Facsimile: (312) 993-9767
Email: david.callahan@lw.com

Kimberly Q. Li
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
Email: kimberly.li@lw.com

**COUNSEL FOR DEFENDANT
PELOTON INTERACTIVE, INC.**