IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MAD DOGG ATHLETICS, INC.** § | |
| § | |
| v.  § | Case No.  2:20-cv-00382-JRG |
| § | |
| **PELOTON INTERACTIVE, INC.** § | |

## ORDER APPOINTING MEDIATOR

Before the Court is Plaintiff, Mad Dogg Athletics, Inc., and Defendant, Peloton Interactive, Inc.'s (the "Parties") Joint Notice Regarding Mediation (the "Notice"). (Dkt. No. 101).  In the same, the Parties inform the Court that they agree that they may benefit from mediation.  The Parties agree to mediate before the Hon. Jay C. Gandhi (Ret.).

The Court hereby appoints the Hon. Jay C. Gandhi (Ret.), JAMS Neutral, 555 West 5th Street, 32nd Floor, Los Angeles, CA 90013; telephone (213) 620-1133 and fax (213) 620-0100 as mediator in the above-referenced case.  The Court designates Plaintiff's counsel to be responsible for timely contacting the mediator and Defendant's counsel to coordinate a date for the mediation.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.  Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

Barring unforeseen circumstances, mediation should take place not less than twenty-one (21) days prior to a date set for jury selection and trial. All parties are required to mediate seriously and in good faith, and failure to do so may result in appropriate sanctions being imposed.

**So ORDERED and SIGNED this 13th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE