IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAD DOGG ATHLETICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00382-JRG |
| | ) | |
| PELOTON INTERACTIVE, INC. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ACTION IN A RELATED MATTER

Plaintiff Mad Dogg Athletics, Inc. ("Mad Dogg") notifies the Court that on August 17, 2021, the United States Bankruptcy Court for the Central District of California filed its *Order Granting Motion To Reopen Bankruptcy Case For Limited Purposes*. *See* Exhibit A. On August 13, 2021, Mad Dogg filed a copy of the relevant motion to reopen with this Court. *See* ECF 104-1 (Motion to Reopen filed August 13, 2021). The bankruptcy court order grants the motion and provides that the "bankruptcy case is reopened for the limited purposes of: (i) filing amended bankruptcy schedules and statement of financial affairs as necessary to properly list and identify the Infringement Claims (as that term is defined in the Motion), and (ii) subject to separate motion to be filed, seeking an order installing a litigation trustee, agent, or other independent fiduciary representative solely to succeed to the [Mad Dogg's] rights and take control over the Infringement Claims and the Infringement Action (as that term is defined in the Motion) to pursue, settle, litigate, and/or otherwise administer these assets for the benefit of creditors in this case," and that "[t]he amended schedules and statement of financial affairs and the separate motion as specified in the Motion must be pending within thirty (30) days of the entry of this order or this case shall be closed without further notice or hearing." Ex. A at 2.

Dated: August 18, 2021                                       CAPSHAW DERIEUX, LLP

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
Texas State Bar No. 05770585
114 East Commerce Avenue
Gladewater, Texas 75647
(903) 845-5770

*Attorneys for Plaintiff*
*Mad Dogg Athletics, Inc.*

OF COUNSEL:
David I. Gindler
Alex G. Romain
J. Samuel Payne
David C. Jonas
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
(424) 386-4000

Nathaniel T. Browand
Katrina Loyer
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5096

Javier J. Ramos
Emily Glaser
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006
(202) 835-7500

Paul L. Robinson
Law Office of Paul L. Robinson, Esq. LLC
500 Paterson Plank Road
Union City, NJ 07087
(954) 292-0945

1